**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
LAKIESHA WOOD, on behalf of MAC,

                Plaintiff,         19 **CIVIL** 1086 (GBD) (SLC)

      -against-                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum Decision and Order dated March 24, 2020, Plaintiff' objections are overruled and Magistrate Judge Cave's Report is adopted; Defendant's motion for judgment on the pleadings is granted; Plaintiff's motion to remand is denied.

**Dated:** New York, New York
         March 25, 2020

                                                   **RUBY J. KRAJICK**
                                                 _____
                                                    **Clerk of Court**
        **BY:**
                                                   _____
                                                    **Deputy Clerk**